UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                                ) | |
| v.                             ) | Criminal Action No. 23-CR-10229-FDS |
|                                ) | |
| YOHENRY CONTRERAS-LARA,        ) | |
| a/k/a "Amado Delgado Martinez," ) | |
|     Defendant.                 ) | |

## FINAL ORDER OF FORFEITURE

**SAYLOR, D.J.**

WHEREAS, on March 18, 2025, this Court issued a Preliminary Order of Forfeiture against the following property, in connection with the charges against the defendant Yohenry Contreras-Lara, a/k/a "Amado Delgado Martinez," (the "Defendant"), pursuant to 21 U.S.C. § 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

(a) $694,354 in United States currency seized from Extra Space Storage, 3131 Acushnet Avenue, Unit 146C, New Bedford, Massachusetts on or about October 21, 2022;

(b) $600,000 in United States currency seized from Extra Space Storage, 3131 Acushnet Avenue, Unit 146C, New Bedford, Massachusetts on or about October 21, 2022; and

(c) $13,721.63 in United States currency, seized from Yohenry Contreras-Lara on or about November 1, 2022,

(collectively, the "Properties");

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on April 1, 2025 and ending on April 30, 2025;

WHEREAS, no claims of interest in the Properties have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired;

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all rights, title or interests in the Properties, which are hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853, and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any rights, title or interests in the Properties are hereby held in default.

4. The United States is hereby authorized to dispose of the Properties in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

/s/ F. Dennis Saylor IV
**F. DENNIS SAYLOR IV**
United States District Judge

Dated: 12/3/2025



Certified to be a true and correct copy of the original
Robert M. Farrell, Clerk
U.S. District Court
District of Massachusetts

By: *Melanie Cooke*
    Deputy Clerk

Date: 12/3/2025

2